Attorney ID
ROBERT J. MALLOY, ESQUIRE
ROBERT J. MALLOY, ESQUIRE PC

Attorneys for Plaintiff

| | |
|---|---|
| SOUTH JERSEY FEDERAL CREDIT UNION, | : SUPERIOR COURT OF NEW JERSEY BURLINGTON COUNTY |
| | : LAW DIVISION |
| Plaintiff. | : |
| | SPECIAL CIVIL PART |
| vs. | : |
| | DOCKET NO. BUR-DC-000553-19 |
| | : |
| IEISHA D. POWELL | Civil Action |
| | : |
| | COMPLAINT/CONTRACT |
| Defendant. | : |

## SETTLEMENT STIPULATION

This Settlement Stipulation (hereinafter referred to as "Stipulation") is entered into this 19th day of March, 2019, by and between Ieisha D. Powell ("Defendant") and South Jersey Federal Credit Union ("Plaintiff"); and

**WHEREAS** the Defendant entered into a lending relationship with the Credit Union. In connection with that relationship, the Defendant, on September 29th, 2016, executed a Loan and Security Agreements and Disclosure Statement (the "Security Agreement") pursuant to which the Defendant borrowed the sum of $5,000.00. Thereafter, the Defendant defaulted under the terms of the Security Agreement by failing to make payments when due to the Credit Union. On December 1st, 2016 the Defendant executed a Loan and Security Agreements and Disclosure Statement (the "Security Agreement") pursuant to which the Defendant borrowed the sum of

1

$1,500.00. At the time of this Settlement Stipulation, there is $5,836.03 due for both (2) the Security Agreements; and

**WHEREAS** Plaintiff instituted suit against Defendant in the Superior Court of New Jersey, Special Civil Part, Burlington County captioned as *South Jersey Federal Credit Union v. Ieisha D. Powell*, Docket No. DC-BUR-000553-19 for a breach of contract; and

**WHEREAS** the parties have amicably resolved the matter

**NOW, THEREFORE,** in consideration of the commitments and obligations set forth below and for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereto intending to be legally bound do hereby stipulate and agree as follows:

1.  a.  Defendant shall pay Plaintiff the amount of Five Thousand Eight Hundred Thirty Six Dollars and Three Cents ($5,836.03) (the "Debt"); (Plaintiff waives all post Judgment interest & accepts the amount of Judgment as long as terms of this agreement are made.)

    b.  One (1) immediate payment of $350.00 (Three Hundred Fifty Dollars) representing the account obligation to be paid simultaneously and together with the execution of this Settlement Stipulation by March 28th, 2019.

    c.  Beginning April 28th, 2019, Defendant shall pay Two Hundred Fifty Dollars ($250.00) per month.

    d.  Payments are to be made by the 28th of each month.

    e.  Payments are to continue thereafter until the Debt is paid off in full.

    f.  Payments are to be made payable to the Plaintiff at the following address:

2

South Jersey Federal Credit Union
c/o Robert J. Malloy
2 North Maple Avenue
Marlton, NJ 08053

2.      Member shall be in default of the Stipulation by failing to make payments when due in accordance with paragraph 1 of this Stipulation and said default is not cured within thirty (30) days of occurrence.  Upon default by Member, the Credit Union shall be entitled to enforce its rights and remedies under applicable law, including but not limited to, entry of a Judgment for the amount of the Debt less a credit for any amounts paid by Defendant. The Credit Union shall be entitled to enforce its rights and remedies under applicable law, including but not limited to, repayment of interest at the respective contract rate of interest set forth above and late charges from March 19th, 2020, forward.

3.      This Stipulation contains and constitutes the entire agreement between the parties, and except as otherwise provided for herein, terminates and supersedes any and all prior negotiations, understandings and agreements between the parties.  This Stipulation may be amended, supplemented or modified only by an instrument in writing and executed by all the parties hereto.

4.      This Stipulation shall be construed in accordance with the laws of the State of New Jersey.

5.      If any provision of this Stipulation is determined to be unlawful or not enforceable, that provision shall be deemed stricken and all remaining provisions shall continue in full force and effect.

6.      This Stipulation may be executed in one or more counterparts.

7.      Member hereby acknowledges that he/she has consulted counsel before signing this Stipulation and signs this Stipulation knowingly and voluntarily.

3

Robert J. Malloy, Esquire, P.C.
Attorneys for SOUTH JERSEY FEDERAL CREDIT UNION, Plaintiff

By: /s/
ROBERT J. MALLOY, ESQUIRE

/s/ Iuisha Powell
IEISHA D. POWELL

4